# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAUL WAGNER,

    Defendant.

Case No. 2:10-cr-00399-MMD-GWF

**ORDER**

Motion to Disclose Grand Jury Matter (#47)

This matter comes before the Court on the Government's Motion to Disclose Grand Jury Matter (#47), filed on June 27, 2012. The Government requests the Court authorize the disclosure of the grand jury transcripts of witness, N.Y., because the transcripts may help the Defendant cross-examine the witness at the time of trial regarding his credibility. Pursuant to Fed. R. Crim. P. 6(c)(2)(E)(I), the Court may authorize disclosure of a grand jury matter "preliminarily to or in connection with a judicial proceeding." The government has an obligation to disclose information that may undermine a witness' credibility. *Giglio v. United States*, 405 U.S. 150 (1972). The Court will therefore grant the Government's request and authorize disclosure of the grand jury transcripts. Accordingly,

**IT IS HEREBY ORDERED** that Government's Motion to Disclose Grand Jury Matter (#47) is **granted**.

DATED this 28th day of June, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge