# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00399-MMD-GWF |
|---|---|
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| PAUL WAGNER, | (Dkt. no. 71) |
| Defendant. | |

Before this Court is the Report and Recommendation of the United States Magistrate Judge (dkt. no. 71), entered by the Honorable George Foley, Jr. regarding Defendant Paul Wagner's Sealed Ex Parte Budget Application (dkt. no. 70, filed August 8, 2012). No objection was filed to Magistrate Judge Foley's Report and Recommendation. This matter was referred to the undersigned for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B)–(C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Foley should be accepted and adopted in whole.

**Accordingly, IT IS ORDERED THAT the Report and Recommendation (dkt. no. 71) is ADOPTED.**

ENTERED THIS 14th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE