# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:10-CR-399-MMD-(GWF) |
| PAUL WAGNER, | ) ) | |
| Defendant. | ) ) | |

## AMENDED ORDER OF FORFEITURE

This Court found on November 28, 2012, that PAUL WAGNER shall pay a criminal forfeiture money judgment of $4,287,082 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Superseding Criminal Indictment, ECF No. 31; Minutes of Jury Trial Proceedings, ECF No. 121; Jury Verdict, ECF No. 122; Order of Forfeiture, ECF No. 133. On July 24, 2013, the government asked the Court to amend the order to $3,610,935.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from PAUL WAGNER a criminal forfeiture money judgment in the amount of $3,610,935 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 30th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE