UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>PAUL WAGNER,<br><br>Defendant. | Case No. 2:10-cr-00399-MMD-GWF<br><br>ORDER |

Before the Court is counsel for Defendant Paul Wagner's Motion to Withdraw. (Dkt. no. 173.) The Motion to Withdraw was filed the same day that a Notice of Appeal was filed. Because of the pending appeal, the Court lacks jurisdiction to take action on this motion. *U.S. v. Vroman*, 997 F.3d 627, 627 (9th Cir. 1993) (filing of notice of appeal "divests the district court of its control over the aspects of the case involved in the appeal") (*quoting Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)).

IT IS THEREFORE ORDERED that the Motion to Withdraw (dkt. no. 173) shall be referred to the Ninth Circuit Court for its consideration.

DATED THIS 12th day of September 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE